UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

CASE NO. 3:21-cv-0173-TKW-EMT

DAVID POSCHMANN,

        Plaintiff,

v.

TACM, LLC,

        Defendant.

_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, by and through his undersigned counsel, hereby dismisses this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) with each side to bear his/its own fees and costs except as otherwise agreed.

Dated: February 24, 2021

        s/Drew M. Levitt
        Drew M. Levitt
        Florida Bar No. 782246
        drewmlevitt@gmail.com
        Lee D. Sarkin, Esq.
        Florida Bar No. 962848
        Lsarkin@aol.com
        4700 N.W. Boca Raton Boulevard
        Suite 302
        Boca Raton, Florida 33431
        Telephone (561) 994-6922
        Attorneys for Plaintiff